UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN C. BRUNO,

                        Petitioner,

                                              00-cr-578
      v.                                    05-cv-301

UNITED STATES OF AMERICA,

                        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       Petitioner seeks a Certificate of Appealability pursuant to 28 U.S.C. § 2253. Having reviewed the bases for a certificate of appealability, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.

       The request for a Certificate of Appealability is, therefore, DENIED.

       IT IS SO ORDERED.

Dated: February 14, 2006

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge